# EXHIBIT 3

okctalk.com

# Culinary Dropout coming to OAK

*Published on 06-23-2025 01:09 PM*

~2 minutes

---

Another big restaurant and bar is coming to OAK and NW Expressway and Penn.



Culinary Dropout has filed plans for a large building and patio in the next phase of the development.

Culinary Dropout is a restaurant concept by Fox Restaurant Concepts, known for its casual dining experience with a focus on

1

classic comfort food and drinks, often with a modern twist. It's a popular spot for food, drinks, and live music. The restaurant is designed to be a relaxed and fun place to gather with friends, featuring a lively atmosphere and a menu that includes items like pretzel bites with provolone fondue, 36-hour pork ribs, and fried chicken drizzled with honey.

A big feature is frequent live music and a large patio at their 14 other locations.

The news comes just as RH Gallery is set to open along with its beautiful rooftop restaurant. Shake Shack has also announced plans to open at OAK.

Already open are Mesero, Tommy Bahama Marlin Bar, Capital Grille, the Lively Hotel with Cloudpuncher bar and restaurant, Williams Sonoma, and Pottery Barn. Soon, Blue Mercury and the Oil Tree will also open.

While Alo had filed for plans months ago, they seem to have been poached by Penn Square Mall, as they will be taking space across from the Apple Store. Also, North Italia had filed plans for OAK but they are also thought to be heading to Penn Square.









