# EXHIBIT 5

oklahoman.com

# Restoration Hardware, Arhaus and Capital Grille to anchor OAK development

*Steve Lackmeyer*
*Oct. 25, 2022Updated Oct. 26, 2022, 9:19 a.m. CT*

Coveted luxury retailers Restoration Hardware and Arhaus, along with the upscale Capital Grille, will be opening their first Oklahoma City locations in OAK, the 20-acre mixed-use development being built across from Penn Square Mall.



The first phase of the development began earlier this year with site work starting for a 132-room boutique hotel and a 320-unit apartment complex. Developer Ryan McNeill said local retailers and restaurants will play "an integral role" in all three phases.

"We have been preparing the site for development and securing the right partners to deliver a best-in-class, mixed-use experience to Oklahoma City," said McNeill. "With activated greenspace, miles of neighborhood-connected sidewalks, rooftop dining experiences, vibrant restaurant patios and unique storefronts, OAK will be a walkable destination unlike any other commercial development in Oklahoma."

McNeill's partner in developing OAK is local investor and businessman Everett Dobson. Planning for development started a dozen years ago and has proceeded despite hurdles that included a downturn in energy prices and an economic crash triggered by the COVID-19 pandemic.

1



McNeill said the retail, hotel and apartment construction is set to start in early 2023 with completion in fall of 2024.

"This is a statement about Oklahoma City," McNeill said. "It's a city on the rise."

All three additions are nationally recognized luxury brands.

## RH, Arhaus, Capital Grille coming to Oklahoma City

Restoration Hardware, now known as RH, is described as a curator of design, taste and style. The stores feature integrated assortments of home furnishings, lighting, textiles and decor. The OAK store will span 42,000 square feet and will feature a rooftop restaurant and garden, wine bar, in-house interior design firm and galleries devoted to the brand's concepts.

Arhaus, a premium home furnishing brand known for its globally inspired, artisan-crafted furniture and decor, will open in a 17,000-square-foot space as a showcase for its heirloom products and complimentary home design services.

Upscale steakhouse Capital Grille's new 10,000-square-foot location at the corner of Pennsylvania Avenue and Northwest Expressway will be the first in Oklahoma.

Tammy Fate, manager of retail development and marketing at the Greater Oklahoma City Chamber, said the three additions to OAK elevate the city on a national level.

"Ryan and our team have been working on this for a number of years," Fate said. "Anytime you can add new market tenants can attract other new to market tenants."

Restoration Hardware and its CEO Gary Friedman were featured Monday in The New York Times, which noted no retailer has gone to the lengths RH has in lavishly outfitting an adjoining restaurant.

"RH restaurants aren't just a way to draw in shoppers," the Times reported. "They're central to Mr. Friedman's goal of promoting RH as a luxury company."

Restoration Hardware has a store in Tulsa's Utica Square, but it does not have a restaurant. In addition to building a new store with a restaurant in Oklahoma City, The New York Times reports the company also is adding restaurants to its stores in Aspen, Colorado; Palo Alto, California; Paris; and London.

Fate believes the cluster of luxury retailers at OAK could help Oklahoma City attract other highly sought-after stores, including IKEA and Crate & Barrel. Fate also sees the city's population growth (more than 100,000 in the last decade) and growing aerospace workforce are making the city more competitive for upscale retailers.

"Anytime you can get new to market tenants to your area, and when others see that, it breeds competition," Fate said. "It's about disposable incomes and traffic counts."

McNeill said the retail mix at OAK also will include local shops and eateries. Storefronts will be included on the first floor of the apartments and hotel.

"There are certain galvanizing retailers that have unique and special coattails," McNeill said. "These three anchors are just that. And RH is the bell cow. It elevates the entire metropolitan area's retail standing. These are not best just in the market, but best in class in the country."

The restaurant and stores will face Northwest Expressway and will be built just east of the apartments being built by luxury multi-family housing developer Mintwood Real Estate.

Mintwood promotes the OAK apartments as a first-of-its-kind addition to Oklahoma City with amenity-rich housing for professionals seeking a walkable urban lifestyle.

OAK's 320 units will have curated interior finishes, including quartz countertops, walk-in closets, and powder baths. The building amenities include a fitness center featuring a kid's playroom, private work and conference rooms, an entertainment suite featuring a golf simulator and shared kitchen, a resort-style pool and elevated courtyards.

Mintwood's co-founders Nick Venghaus and Katy Slade said their goal is to create a mixed-use neighborhood with luxury housing options complimented by luxury shopping and dining.

"We're excited to be a partner on this transformational project for Oklahoma City and the region," Venghaus said.  "Veritas has thoughtfully studied the key components of best-in-class developments around the nation and assembled a team that knows how to deliver excellence."

*Staff writer Steve Lackmeyer is a 31-year reporter, columnist and author who covers downtown Oklahoma City, related urban development and economics for The Oklahoman. Contact him at slackmeyer@oklahoman.com. Please support his work and that of other Oklahoman journalists by purchasing a subscription today at subscribe.oklahoman.com.*