# EXHIBIT 6

**URBAN LAND**®

# The Key Figures That Define Oklahoma City's OAK Development

By Ryan McNeill
September 16, 2025

**The OAK project began in 2009, when a development firm set their sights on the corner of Northwest Expressway and North Pennsylvania Avenue, the state's most important and busiest retail intersection. As the region's only parcel capable of supporting a vertically integrated project of this scale and density, that land represented an opportunity to create something truly special.**



*A watch party for the Oklahoma City Thunder basketball team at OAK. The Thunder would go on to the win the 2025 NBA Championship.*

Real estate is often measured in numbers. When I look back on our 15-year journey in developing OAK, a 20-acre (8 ha) mixed-use community in Oklahoma City, several numbers stand out. No, we're not talking about the predictable figures of SOFR curves, cap rates, and NOI but instead the less tangible figures that have come to define our rewarding experience in bringing a modern mixed-use destination to Oklahoma City.

The project began in 2009, when we set our sights on the corner of Northwest Expressway and North Pennsylvania Avenue, the state's most important and busiest retail intersection. As the region's only parcel capable of supporting a vertically integrated project of this scale and density, that land represented an opportunity to create something truly special.

As native Oklahomans, we knew firsthand that this city was on the rise. Oklahoma City's growth, paired with shifting consumer preferences, set the stage for the future of the development. Last fall, we celebrated the opening of OAK's first phase, an activated and walkable mixed-use environment with 135,000 square feet (12,540 sq m) of retail, a 7,000-square-foot (650 sq m) central greenspace, a 132-key Lively Hotel, 320 multifamily residences, and several awe-inspiring art installations. More retail, including a culinary district and Class-A office space, will join the project in a future phase.

Along the way, we crunched the project-defining numbers. Here is what they tell us:



*The site for the OAK development at the corner of Northwest Expressway and North Pennsylvania Avenue, one of Oklahoma's busiest retail intersections.*

## 500 site plans

A decade and a half ago, we knew what we wanted to create, but it had no precedent in Oklahoma City. Starting in 2013, we began designing more than 500 variations of site plans in our pursuit of perfection. We knew the type of project Oklahoma City deserved, but it had never been done before. We looked carefully at every detail to distinguish the sacred from the superfluous to decide what could not be sacrificed to achieve a destination centered on hospitality, greenspace, and a bold, first-to-market retail mix. When we hit SAVE on the last plan, we knew we had done it. OAK was becoming a reality.

**40 land assemblages**



*The grand opening of a new RH location at OAK, formerly known as Restoration Hardware.*

OAK is unique in that it was designed and developed within a residential neighborhood. In 2009, we bid and lost on the first 1.5 acres (0.6 ha) of the site, which would eventually become the hard corner of OAK. Finally, in 2016, we acquired that property. Over the years, we added two adjoining office properties and purchased dozens of residential properties to amass the 20 contiguous acres (8 ha) needed for OAK's master plan. Throughout the process, we acquired and assembled 40 different land tracts to create a site that provided the space needed for our design elements: extensive sidewalk connectivity to public transit and surrounding neighborhoods, jewel box retailers, a central plaza, and so on.

**10 best-in-class examples**

Once we settled on OAK's mix of uses, we embarked upon a tour of the 10 best mixed-use communities in the United States. From Santana Row in San Jose to Avalon in Metro Atlanta to The Domaine in Austin, we looked at every detail. We drew inspiration from everything—and the smaller the details, the more helpful the lessons to give insight for what could be considered in our size of market. We took note of lighting, music, staging, plazas, parking controls, and deck design. The tour confirmed what we already knew: We had the right fundamentals in place to support this type of real estate development. Still, we needed to cater our plans authentically to the people and market dynamics of Oklahoma City.



**100 community meetings**

Community support is crucial to any project. Because of OAK's location, we wanted to prioritize communication to our neighbors in hopes of building confidence and trust. Over a 10-year period, we hosted more than 100 formal and informal community meetings to solicit feedback and keep residents informed throughout every step of the development process. To build upon the meetings, we hand-delivered "Local Letters" to neighbors that outlined the latest project updates and asked for feedback on design or recommendations for leasing, as well as providing notices of planned construction.

Also, from the beginning, we engaged the community on social media, cultivating a strong and engaged cohort of advocates who followed the project in every phase. We even asked our followers to vote on the name of OAK's central greenspace and, importantly, studied every suggestion before selecting "Heartwood Park." These conversations were key in showing community members that we would deliver what we committed to deliver, and that their feedback was important. The discipline to manage public commitments against certainty of delivery was a constant focus. Now that OAK is open, we are proud to say we kept our promises, all while incorporating the community's questions and concerns each step of the way.



*A live music performance in the courtyard of the OAK development.*

## Doubled retail sales growth

Paris, Toronto and Oklahoma City are among the only cities in the world where RH opening parties will be held this year. The opening marked the debut of the region's first-ever RH Design Gallery, introducing an entirely new design, hospitality, and retail experience to Oklahoma City. Since opening at OAK, RH is on track to outpace its first-year projections by up to 70 percent.

Indeed, almost all of OAK's tenants are reporting off-the-charts sales. Williams-Sonoma, previously located at the vintage mall across the street, is on track to nearly triple the sales it had at the mall location in its last lease year. Pottery Barn, another previous mall tenant, is reporting a 44 percent increase in sales after opening at OAK. Arhaus is more than doubling its projections. OAK's restaurants are also exceeding expectations, with Mesero and Tommy Bahama Marlin Bar trending around 40 percent above projections month-over-month. We expect our newest tenants, Shake Shack and Blue Mercury, to follow suit once they open this fall.

With a critical mass of retailers open, it's clear that OAK represents a retail coming-of-age in Oklahoma City. OAK is the first instance in which our market has experienced a collection of retailers of this quality and caliber within one connected destination. We believe the success so far is a testament to OAK's highly curated retail mix, but it also validates our thesis that an energized, open-air mixed-use environment is the top choice for today's consumers on where they want to spend their time and money.

**1.75 million annual visitors**

Complementing OAK's stellar retail lineup is its robust community programming. From the very beginning, we envisioned OAK as a hub of dynamic experiences and events. In our first year, we will host 100-plus events, such as farmers markets, live music, outdoor wellness classes, and a "Christmas in July" celebration. As the first property in Oklahoma with an open-container license (yes—we successfully changed state legislation), attendees have the opportunity to enjoy to-go alcoholic beverages from participating restaurants while on OAK premises, further boosting our dwell times.

Earlier this summer, when the Oklahoma City Thunder made it to the NBA Finals, we mobilized fast to host a series of watch parties, each driving more foot traffic than the last—particularly for new guests. Over the course of the weeklong series, these events created a 208 percent lift in visitors. Ultimately, our Thunder defeated the Indiana Pacers to bring home the trophy, and we like to think OAK's community spirit had a little something to do with that.

With the first anniversary of OAK's opening coming up in September, foot traffic is on pace to surpass 1.75 million total visitors—an impressive feat for our market. We must give credit to our management team, whose creativity and execution put a "soul" in each event that they bring to life.

We started penciling the numbers that would support the future development of OAK 15 years ago. It took more than 500 site plans, 40 land assemblages, and 100 community meetings. We visited 10 renowned examples of mixed-use communities. All of it led to where we are today: a thriving mixed-use destination that is enlivened every day with top-performing retailers, events, and a rapidly growing community.



### Ryan McNeill

Ryan McNeill is founder of Veritas Development.