### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OKLAHOMA

| | |
|---|---|
| (1) OAK LAND AND DEVELOPMENT, LLC; (2) OAK PHASE I PROPERTY OWNER, LLC; (3) OAK HOTEL OWNER, LLC; (4) OAK BLOCK 2, LLC; (5) OAK BLOCK 3, LLC; (6) OAK SE CORNER, LLC; (7) NWPF, LLC; and (8) VERITAS DEVELOPMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> (1) SIMON PROPERTY GROUP, INC.; (2) SIMON PROPERTY GROUP, L.P.; (3) PENN SQUARE MALL, LLC; and (4) DAVID SIMON, <br><br> Defendants. | Case No. 5:25-cv-01444-PRW |

### DEFENDANT PENN SQUARE MALL, LLC's
### DISCLOSURE STATEMENT IDENTIFYING
### CONSTITUENTS OF LLC OR PARTNERSHIP

Pursuant to Local Civil Rule 7.1.1, Defendant Penn Square Mall, LLC hereby discloses that it is a limited liability company formed under the laws of Delaware. Its sole member is Penn Square Mall Limited Partnership, an Illinois limited partnership.

Dated: February 23rd, 2026

Respectfully submitted,

/s/ Thomas G. Wolfe
Eric S. Eissenstat, OBA # 10282
Thomas G. Wolfe, OBA # 11576
PHILLIPS MURRAH P.C.
424 N.W. 10th Street, Suite 300
Oklahoma City, OK  73103
Telephone:  (405) 235-4100
Eseissenstat@phillipsmurrah.com
Tgwolfe@phillipsmurrah.com

William Savitt (admitted *pro hac vice*)
Stephen R. DiPrima (admitted *pro hac vice*)
Adam L. Goodman (admitted *pro hac vice*)
Lorenzo A. H. Villegas (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
WDSavitt@WLRK.com
SRDiPrima@WLRK.com
ALGoodman@WLRK.com
LVillegas@WLRK.com

*Attorneys for Defendants Simon Property Group, Inc., Simon Property Group, L.P., Penn Square Mall, LLC, and David Simon*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2026, a true and correct copy of the foregoing **DEFENDANT PENN SQUARE MALL, LLC'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP** was e-filed with the Court through CM/ECF and served on all counsel of record.

/s/ Thomas G. Wolfe  
Thomas G. Wolfe