**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| OAK LAND AND DEVELOPMENT, LLC, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 5:25-cv-1444-PRW |
| SIMON PROPERTY GROUP, INC., et al., | ) ) ) | |
| *Defendants*. | ) ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss Defendant David Simon from this action.[1] This Notice of Dismissal does not affect Plaintiffs' claims against the remaining defendants in this action.

---

[1] *See, e.g.*, *Castillo v. Prater*, No. CIV-23-675-D 2023 WL 9546946, at *13 (W.D. Okla. Dec. 8, 2023) (permitting dismissal of some, but not all, defendants via Rule 41(a)(1)(A)(i) and indicating "[s]everal district courts in the Tenth Circuit, as well as the majority of circuit courts, have held that Federal Rule of Procedure 41 may be used to dismiss all claims against one defendant without dismissing the entire action" (collecting authorities)), *report and recommendation adopted*, No. CIV-23-675-D, 2024 WL 21801, at *3 (W.D. Okla. Jan. 2, 2024). Mr. Simon passed away while this case was pending and Plaintiffs no longer intend to seek substitution of a representative of his estate pursuant to Rule 25(a)(1). *See* Second Am. Compl. n.6, ECF No. 43.

Respectfully submitted,

*s/ Andrew J. Morris*

M. Richard Mullins, OBA # 13329
Andrew J. Morris, OBA # 31658
MCAFEE & TAFT A PROFESSIONAL CORP.
8th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone:(405) 235-9621
Facsimile:   (405) 235-0439
Email:   Richard.Mullins@mcafeetaft.com
        Andrew.Morris@mcafeetaft.com

*and*

John C. Hueston (admitted *pro hac vice*)
Marshall A. Camp (admitted *pro hac vice*)
Justin M. Greer (admitted *pro hac vice*)
Raymond Magsaysay (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 866-4825
Email:   jhueston@hueston.com
        mcamp@hueston.com
        jgreer@hueston.com
        rmagsaysay@hueston.com

*Attorneys for Plaintiffs*

2