# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

OAK LAND AND )
  DEVELOPMENT, LLC et al., )
  )
      Plaintiffs, )
  )
v. )     Case No. 5:25-cv-1444-PRW
  )
SIMON PROPERTY )
  GROUP, INC. et al., )
  )
      Defendants. )

## JOINT MOTION FOR AGREED BRIEFING SCHEDULE

Pursuant to the Court's Orders of February 6, 2026 [ECF No. 25] and April 20, 2026 [ECF No. 45], Plaintiffs and Defendants jointly and respectfully request that the Court set the briefing schedule proposed below for Defendants' forthcoming response to the Second Amended Complaint [ECF No. 43]:

| Deadline | Action |
|---|---|
| June 2, 2026 | Defendants to file either (i) a motion to dismiss of 35 pages or less, or (ii) an answer to the Second Amended Complaint |
| July 21, 2026 | If applicable, Plaintiffs to file a response brief of 35 pages or less |
| August 18, 2026 | If applicable, Defendants to file a reply brief of 14 pages or less |

To the extent this motion is considered a request for extension of time and Local Civil Rule 7.1(h) governs, the parties state that no current deadlines exist in this case and

that no previous extensions of time have been requested regarding the deadlines addressed herein. Granting the relief requested herein will only affect the deadlines indicated herein.

Respectfully submitted,

Respectfully submitted,

s/ Marshall A. Camp

John C. Hueston, *admitted pro hac vice*
Marshall A. Camp, *admitted pro hac vice*
Justin M. Greer, *admitted pro hac vice*
Raymond Magsaysay, *admitted pro hac vice*
HUESTON HENNIGAN LLP
523 W. 6th St., Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile   (888) 866-4825
Email:      jhueston@hueston.com
            mcamp@hueston.com
            jgreer@hueston.com
            rmagsaysay@hueston.com

M. Richard Mullins, OBA # 13329
Andrew J. Morris, OBA #31658
MCAFEE & TAFT A PROFESSIONAL CORP.
Two Leadership Square
211 North Robinson, 8th Floor
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile:  (405) 235-0439
Email:      richard.mullins@mcafeetaft.com
            andrew.morris@mcafeetaft.com

*Counsel for Plaintiffs*

s/ Thomas G. Wolfe

(*signed by filing attorney with permission*)
Eric S. Eissenstat, OBA # 10282
Thomas G. Wolfe, OBA # 11576
PHILLIPS MURRAH P.C.
424 NW 10th St., Suite 300
Oklahoma City, OK 73103
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
Email       eseissenstat@phillipsmurrah.com
            tgwolfe@phillipsmurrah.com

William Savitt, *admitted pro hac vice*
Stephen R. DiPrima, *admitted pro hac vice*
Adam L. Goodman, *admitted pro hac vice*
Lorenzo A.H. Villegas, *admitted pro hac vice*
WACHTELL, LIPTON, ROSEN & KATZ
51 W. 52nd St.
New York, NW 10019
Telephone: (212) 403-1000
Facsimile:  (212) 403-2000
Email:      WDSavitt@WLRK.com
            SRDiPrima@WLRK.com
            ALGoodman@WLRK.com
            LVillegas@WLRK.com

*Counsel for Defendants*