# EXHIBIT 4

# Oak development lures retailers from Penn Square Mall

journalrecord.com/2023/11/14/oak-development-lures-retailers-from-penn-square-mall/

November 14, 2023

By : **Kathryn McNutt**//The Journal Record//November 14, 2023//



Tommy Bahama Marlin Bar, Williams Sonoma and Pottery Barn are the latest retailers coming to Oak, the 20-acre mixed-use district under construction at 5101 N. Pennsylvania Ave. (Courtesy rendering/Veritas Development)

Oak development lures retailers from Penn Square Mall

OKLAHOMA CITY – Oak, the 20-acre mixed-use district being developed at Northwest Expressway and Pennsylvania Avenue, is bringing several new-to-market brands to town.

Two of the latest retailers announced, however, are coming from Penn Square Mall on the street corner opposite the development.

Ryan McNeill of Veritas Development said Nov. 2 that Williams Sonoma, Pottery Barn and Tommy Bahama Marlin Bar are joining the retail mix at Oak.

Like contemporary Mexican restaurant Mesero announced a month earlier, Tommy Bahama's new hybrid dining and shopping experience will become the first Oklahoma location. They will join other new-to-market businesses such as Restoration Hardware, Arhaus furniture and Capital Grille, in the first phase of the Oak development scheduled to open by September 2024.

Williams Sonoma, a high-end cookware and kitchen accessories store, and Pottery Barn, a casual home furnishings and decor store, both have been tenants of Penn Square Mall.

An employee who answered the phone Monday at Pottery Barn said the store will remain in the mall until the new location opens in September. The Williams Sonoma mall location has closed.

Media contacts for the two retail chains did not respond to requests for information about the moves. A spokeswoman for Penn Square Mall said she did not hear back from the corporate office before press time.

"We've been carefully listening to the community on the types of retailers and restaurants they want at Oak, and we're proud to announce the latest lineup of best-in-class brands joining the project," McNeill said in a news release.

"With our sights set on next year's grand opening, we're proud to be another step closer to bringing an unequaled retail, residential and hospitality experience to Oak."

McNeill, founder of Veritas, is applying a new urbanist approach to Oak, a dense experiential mixed-use development.

The first phase includes 135,000 square feet of retail, a 132-room boutique Lively Hotel, 320 upscale apartments and a central greenspace expected to attract more than 100 community events per year. A future phase of the project includes 100,000 square feet of loft office space and an additional 85,000 square feet of retail. Open Realty's Michael Nagy and Chris Speciale are leading retail leasing efforts.

Oak announced Williams Sonoma will open in a 5,500-square-foot space facing the lawn and Pottery Barn will open in a 12,420-square-foot space.

The 8,000-square-foot Tommy Bahama Marlin Bar will open to the heart of the project and includes an expansive patio for indoor-outdoor dining that can be enclosed during colder months. The restaurant will feature signature cocktails and shareable food, while the retail store will offer Tommy Bahama men's and women's sportswear, activewear and swim collections, as well as home entertaining and decor items.

"We're excited to bring our new Marlin Bar concept to Oak," CEO Doug Wood said in the release. "We developed the Marlin Bar concept to create a more casual way for our guests to enjoy the Tommy Bahamashopping and dining experience. I know that our Oklahoma guests are going to love our new space."

Oak ownership invested $2 million in two art installations known as *Cloud Trees* and *Cloud Puncher* for the 7,000-square-foot community lawn and the common areas. The artist team, which includes Brad Oldham and Christy Coltrin of Brad Oldham Sculpture, also will create a sculpture that will be the arrival sign for the district. The ownership team also plans to work with local artists to create murals and other art throughout the property.

McNeill is joined by Everett Dobson and the Dobson family as partners in the multi-phased mixed-use project.